**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6337**

---

WAYNE L. LEWIS,

        Plaintiff - Appellant,

    v.

DT.  HAMBRIGHT, Detective/Police; HENRY E. HUDSON, Judge,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00373-DJN-MRC)

---

Submitted:  September 25, 2025          Decided:  September 30, 2025

---

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wayne L. Lewis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Lewis appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lewis v. Hambright*, No. 3:24-cv-00373-DJN-MRC, (E.D. Va. Mar. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*